599 A.2d 972

The BEDWELL COMPANY and Mark Bedwell

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF GENERAL SERVICES, and E.P. Guidi, Inc.

Appeal of COMMONWEALTH of Pennsylvania, DEPARTMENT OF GENERAL SERVICES (at No. 15).

Appeal of E.P. GUIDI, INC. (at No. 16).

Supreme Court of Pennsylvania.

Argued Oct. 22, 1991.

Decided Nov. 21, 1991.

Michael Jon Daley, Chief Counsel, Nora L. Doyle, Asst. Counsel, for appellant in No. 15.

Roy S. Cohen, John A. Greenhall, Philadelphia, for appellant in No. 16.

S. Berne Smith, Harrisburg, for The Bedwell Co., et al.

C. Grainger Bowman, Harrisburg, Roy S. Cohen, Philadelphia, for E.P. Guidi, Inc.

Michael Jon Daley, Chief Counsel, Nora L. Doyle, Asst. Counsel, for Dept. of General Services.

S. Berne Smith, Harrisburg, for The Bedwell Co., et al.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.